**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 23-1095**

_____

HAROLD BOYD, JR.,

       Plaintiff - Appellant,

   v.

JAX, LLC, d/b/a Golden Corral; ED MANNS,

       Defendants - Appellees.

_____

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Frank D. Whitney, District Judge.  (3:19-cv-00615-FDW)

_____

Submitted:  July 14, 2023                   Decided:  August 17, 2023

_____

Before NIEMEYER and RICHARDSON, Circuit Judges, and FLOYD, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Harold Boyd, Jr., Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Harold Boyd, Jr., appeals the district court's order and judgment dismissing his complaint alleging violations of his civil rights and employment discrimination. We review de novo a dismissal under 28 U.S.C. § 1915(e)(2)(B)(ii). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order and judgment. *Boyd v. Jax, LLC*, No. 3:19-cv-00615-FDW (W.D.N.C. Jan. 9, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
